# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00468-CR

**Clarence Macvey Donald, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT
## NO. D-1-DC-04-205413, HONORABLE WILFORD FLOWERS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Clarence Donald seeks to appeal from the district court's order dismissing the above cause on the State's motion after a new indictment was filed. Generally, we have criminal appellate jurisdiction only when there has been a judgment of conviction. *See Workman v. State*, 343 S.W.2d 446, 447 (Tex. Crim. App. 1961). We do not have jurisdiction except as expressly granted to us by law. *See Apolinar v. State*, 820 S.W.2d 792, 794 (Tex. Crim. App. 1991); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.). We have found no statute that vests this Court with jurisdiction over a defendant's direct appeal from a trial court's order granting the State's pretrial motion to dismiss an indictment or information.

The appeal is dismissed.

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed for Want of Jurisdiction

Filed:   August 25, 2005

Do Not Publish